CLERK'S OFFICE
A TRUE COPY
Jun 16, 2020
s/ Jeremy Heacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Devices A and B, more fully described in Attachment A, and located at 2620 West Wisconsin Avenue, Milwaukee, Wisconsin | ) ) ) ) ) ) Case No. **20-M-322 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment b.

**YOU ARE COMMANDED** to execute this warrant on or before __6-30-20__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Stephen C. Dries__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __6-16-20, 3:40 pm__    *Stephen C. Dries* (signature)
                                                *Judge's signature*

City and state: __Milwaukee, WI__    Stephen C. Dries, U.S. Magistrate Judge
                                      *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 2810-MW-3220418-38CUTTHROAT | Date and time warrant executed: 6/24/2020 3:27 PM | Copy of warrant and inventory left with: Police Officer Ryan DeWitt |
| Inventory made in the presence of: I/A Hollmaier | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

Search warrant of Devices A and B provided sim card content of Device A and sim card and phone content from/of Device B. Reports were made from the content extracted from Device A and B.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/17/2020

Katherine L. Karlsen
*Executing officer's signature*

KATHRINE L. KARLSEN    SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A

1. The property to be searched is described as follows:

    a. Black Samsung smartphone, hereinafter referred to as "**Device A**" and

    b. Black Samsung Galaxy S8 smartphone, hereinafter referred to as "**Device B**."

2. **Devices** A and B, collectively the "**Devices**," are currently located at 2620 West Wisconsin Avenue, Milwaukee, Wisconsin.

This warrant authorizes the forensic examination of the **Devices** for the purpose of identifying the electronically stored information described in Attachment B.

1

# ATTACHMENT B

1. All records on the **Devices** described in Attachment A that relate to violations of Title 18, United States Code, Sections 922(g)(1), 924(a), 924(c); and Title 21, United States Code, Section 841(a)(1), and involve Fabian Johnson, including, but not limited to:

   a. lists of customers and related identifying information;

   b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   c. any information related to sources of firearms and drugs and co-conspirators (including names, addresses, phone numbers, or any other identifying information);

   d. any information recording schedule or travel;

   e. all bank records, checks, credit card bills, account information, and other financial records;

   f. Photographs and/or videos depicting possesson of drugs or firearms;

   g. Any evidence related to either the ownership, purchase, or possession of drugs or firearms; and

   h. Records of Internet activity, including browser history, search terms that the user entered into any Internet search engine, and records of user-typed web addresses

2. Evidence of user attribution showing who used or owned the **Devices** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

1

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.